UNITED STATES OF COURT OF APPEALS

FOR THE TENTH CIRCUIT

ANTHONY THOMPSON

v.                                                              No: 23-3103

GLEN VIRDEN,. et al…

## REQUEST FOR CONTINUANCE AND CHANGE OF ADDRESS

First Mr. Thompson would like to inform the court of his change of address. The current address is 1316 SW Western Avenue apt 1 Topeka Kansas 66604. Same building just a different apartment number.

Second, Mr. Thompson has an opening brief which is currently due on or before 7-31-2023. The actual order which is under appeal is docket 208 from the district court which previously consolidated case number 15-3093 with the current case. Both cases involve defendants Timothy Brown and Glen Virden. This is the second time this case has reached the appellate court. The previous appellate action went before the same panel and was issued on the same day. Mr. Thompson is requesting this court to continue his opening brief two weeks to 8-14-23 which is the same day the opening brief will be due in sister case (No. 23-3102). This request will likely assist all parties as well preserve judicial economy.

Respectfully submitted,

Anthony Thompson

1316 SW Western Avenue apt #1

Topeka Kansas 66604

Acthompson8254@gmail.com

Anthony Thompson
1316 SW Western Ave Apt #1
Topeka Kansas 66604



7022 2410 0000 5217 3200

Court Clerk
1823 Stout St.
Denver Colorado
80257

Retail
RDC 99

80257

U.S. POSTAGE PAID
FCM LETTER
TOPEKA, KS 66605
JUL 18, 2023
$5.25
R2304M114593-03

Scanned by
US Marshal

80257-