FILED
United States Court of Appeals
Tenth Circuit

September 7, 2023

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

ANTHONY CARLYLE THOMPSON,

    Plaintiff - Appellant,

v.

GLEN F. VIRDEN, Senior Special Agent, Kansas Bureau of Investigation, in his individual capacity, et al.,

    Defendants - Appellees.

No. 23-3103
(D.C. Nos. 5:15-CV-03117-HLT &
5:15-CV-03093-HLT)
(D. Kan.)

---

## ORDER

---

This matter is before the court on Appellee Glen F. Virden's motion for extension of time to file the response brief in this appeal. The motion is granted. Glen F. Virden's response brief shall be filed and served on or before October 16, 2023. No further extensions will be granted on the Clerk's authority.

                      Entered for the Court

                      CHRISTOPHER M. WOLPERT, Clerk