UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| ANTHONY THOMPSON, ) | |
| ) | |
|     Appellant/Plaintiff ) | |
| ) | Case No. 23-3103 |
| vs. ) | District Court No. 15-3117-HLT |
| ) | |
| GLEN F. VIRDEN, et al., ) | |
| ) | |
|     Appellees/Respondents ) | |

**MOTION FOR EXTENSION OF TIME**

COMES NOW the Appellee, Timothy Brown, and moves this Court for an order granting him an extension of time up to and including **October 13, 2023,** in which to file his Brief on Appeal. In support of his Motion, Appellee Brown states:

1. His Brief on Appeal is currently due September 14, 2023.

2. The Plaintiff is unrepresented and has not been contacted.

3. This is the first request for an extension of this deadline.

4. The Motion for Extension of Time is required due to the following:

   a) The Record on Appeal is extensive dating back to April 2015 including one prior appeal to this Court.

   b) The undersigned in engaged in the following:

      1. Preparation for trial in the Johnson County District Court in the matter Brubachers v. City of Prairie Village, Kansas.

      2. Preparation for an attendance at depositions in the matter Kautter v. City of Overland Park, Kansas.

    3. Preparation for and drafting dispositive motion in the matter Polk v. Bunting, et al.

 5. The requested extension is not made for an improper purpose and is required so that the undersigned as an adequate opportunity to diligently prepare Appellee Brown's Response Brief.

 WHEREFORE, Appellee Timothy Brown respectfully requests that this Court enter its Order granting him an extension of time up to and including **October 13, 2023,** in which to file his Response Brief on Appeal.

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP

 /s/ Michael K. Seck
Michael K. Seck, #11393
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, Kansas  66210
913.339.6757/Fax: 913.660.7919
mseck@fpsslaw.com
**ATTORNEY FOR APPELLEE
TIMOTHY BROWN**

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing pleading this 7th day of September 2023, with the Clerk of the Court by using the ECF system to all counsel of record. A copy of the foregoing was sent to Plaintiff-Appellant, via U.S. Mail, Postage Prepaid, to the following:

Anthony Thompson
1316 SW Western, Apt. 8
Topeka, Kansas 66604
**Appellant/Plaintiff**

      /s/ Michael K. Seck
      Michael K. Seck, #11393

## CERTIFICATE OF DIGITAL SUBMISSION

      No privacy redactions were necessary in this document.

      If required to file additional hard copies, the ECF submission is an exact copy of those documents. The document is a native PDF document. The digital submission has been scanned for viruses with the most recent version of a commercial virus scanning program, Managed Antivirus version 6.6.10.149, most recently updated September 7, 2023, and, according to the program, is free of viruses.

      /s/ Michael K. Seck
      Michael K. Seck, #11393