UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| ANTHONY CARLYLE THOMPSON,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>GLEN F. VIRDEN, Senior Special Agent, KS Bureau of Investigation, in his individual capacity, *et al.*,<br><br>Defendants-Appellees. | Case No. 23-3103 |

## AMENDED CERTIFICATE OF SERVICE

**COMES NOW** Matthew L. Shoger, Assistant Attorney General and counsel of record for Defendant Glen F. Virden, Senior Special Agent, Kansas Bureau of Investigation, and hereby certifies that a true and correct copy of the Entry of Appearance by Matthew L. Shoger was inadvertently mailed to an incorrect address on August 17, 2023. A copy of the Entry of Appearance is included with this Amended Certificate of Service and has been mailed to Plaintiff Thompson at the following:

Anthony Carlyle Thompson
1316 SW Western Avenue, Apt. 1
Topeka, KS 66604

The original documents were inadvertently mailed to a previous address of Albert Banks at 750 Shannon Drive, Romeoville, Illinois 60446. On September 12, 2023, Defendant Virden's counsel received returned mail relating to the Entry of Appearance filed by the undersigned on August 17, 2023.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

/s/ Matthew L. Shoger
Matthew L. Shoger, KS #28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas, 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendant Virden*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2023, the above document was filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification to all those individuals currently electronically registered with the Court, with a copy also served by means of first-class mail, postage prepaid, addressed to:

Anthony Carlyle Thompson
1316 SW Western Avenue, Apt. 1
Topeka, KS 66604
*Plaintiff, pro se*

/s/ *Matthew L. Shoger*
Matthew L. Shoger
Assistant Attorney General