FILED
United States Court of Appeals
Tenth Circuit

July 17, 2024

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

ANTHONY CARLYLE THOMPSON,

    Plaintiff - Appellant,

v.

GLEN F. VIRDEN, Senior Special Agent, Kansas Bureau of Investigation, in his individual capacity, et al.,

    Defendants - Appellees.

No. 23-3103
(D.C. Nos. 5:15-CV-03117-HLT &
5:15-CV-03093-HLT)
(D. Kan.)

_____

**ORDER**

_____

Before **BACHARACH**, **BALDOCK**, and **MORITZ**, Circuit Judges.

_____

Appellant's petition for rehearing is denied.

The petition for rehearing en banc was transmitted to all of the judges of the court who are in regular active service. As no member of the panel and no judge in regular active service on the court requested that the court be polled, that petition is also denied.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk